IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RICHARD PRIEM,<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    12-cv-148 PJK-KBM<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Fed. R. Civ. P. 41 and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Defendant Science Applications International Corporation (SAIC), and the Relator, Richard Priem, (collectively the Parties) have reached a settlement of the above-captioned action.

The Parties have reached an agreement to settle this litigation. The Parties agree that, except as specifically set out in the Settlement Agreement dated May 31, 2013, each party will bear its own costs, expenses and attorneys' fees. Accordingly, in light of the Stipulation of Dismissal, the Court rules as follows:

IT IS ORDERED that the case is DISMISSED with prejudice as to the Relator and with prejudice as to the United States to the extent of the "Covered Conduct" as that term is defined in the Settlement Agreement between the United States, Relator, and SAIC dated May 31, 2013, and otherwise without prejudice as to the United States. The Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement, and to determine the Relator's share of the proceeds due, if any, pursuant to 31 U.S.C. § 3730(d), if the

United States and Relator are unable to reach an agreement.  The United States and SAIC each will bear their own costs, expenses, and attorneys' fees.

IT IS FURTHER ORDERED that:

1. The Relator's complaint (Doc. 1), and the Government's Notice of Election to Intervene (Doc. 22), shall be unsealed;

2. All other filings which predate this Order shall remain under seal; and

3. The seal shall be lifted on all matters occurring in this action as of and after the date of this Order.

IT IS SO ORDERED this 12th day of June, 2013.

/s/Paul Kelly, Jr.
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

(Proposed order modified by the Court)
Submitted by:
KENNETH J. GONZALES
United States Attorney
/s/_____
HOWARD R. THOMAS
Assistant U.S. Attorney

Approved:
PHILLIPS & COHEN, LLP
Peter W. Chatfield
Molly Beth Knobler
Telephonically approved by Molly Beth Knobler on behalf of Peter W. Chatfield, 06-11-2013